■ AMINI KUTTEMPEROOR, Appellant, v MEENA SHAH, D.D.S., Respondent. [720 NYS2d 339] —Judgment, Supreme Court, New York County (Stanley Sklar, J.), entered September 3, 1999, dismissing the action pursuant to an order which, in an action for dental malpractice, granted defendant's motion to dismiss the action pursuant to CPLR 3404, unanimously affirmed, without costs. Appeal from order, same court and Justice, entered December 6, 1999, which denied plaintiff's motion to reargue the dismissal of the action, unanimously dismissed, without costs, as taken from a nonappealable order.

The action, commenced in 1994, was properly dismissed for plaintiff's failure to explain how defendant committed malpractice and why her various unspecified physical and psychological ailments have prevented her prosecution of the action (*see, Todd Co. v Birnbaum*, 182 AD2d 505). We have considered plaintiff's other arguments and find them unavailing. Concur—Mazzarelli, J. P., Andrias, Wallach, Lerner and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM JORDAN, Appellant. [720 NYS2d 340] —Judgment, Supreme Court, Bronx County (Michael Sonberg, J., at plea; Laura Safer-Espinoza, J., at sentence), rendered on or about August 28, 1998, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Mazzarelli, J. P., Andrias, Wallach, Lerner and Rubin, JJ.